UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

ALI MUSTAFA, EL-KURDI

CRIMINAL ACTION

NO. 09-156-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 2, 2011 (doc. 40) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is DENIED.

Baton Rouge, Louisiana, this 13th day of September, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA